

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

Jerrie Katherine Garner,

\* From the 220th District
Court of Comanche County,
Trial Court No. CR-03602.

Vs. No. 11-13-00336-CR

\* April 10, 2014

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has considered Jerrie Katherine Garner's motion to dismiss her appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.